# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY LEWIS,** | : | Civil No. 1:21-CV-195 |
| **Plaintiff,** | : | |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| **LEWIS DEJOY,**[1] **Postmaster General** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 23d day of September 2021, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the defendant's motions to dismiss, or in the alternative for summary judgment, (Doc. 15), is GRANTED, judgment is entered in favor of the defendant, and the clerk is directed to CLOSE this case.

*s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] Louis DeJoy became the Postmaster General on June 16, 2020. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, DeJoy therefore is substituted for Megan Brennan as the defendant in this suit.

1